IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00404-REB-BNB

DANIEL N. ROHR, JR.,

Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a/k/a VERIZON WIRELESS TELECOM INC.,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　IT IS ORDERED that the Stipulated Motion for Protective Order [docket no. 16, field May 5, 2009] is GRANTED.

DATED:  May 6, 2009