**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00404-REB-BNB

DANIEL ROHR,

     Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a/k/a VERIZON WIRELESS TELECOM, INC.

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#24] filed November 23, 2009.  After careful review of the motion and the file, I conclude that the stipulated motion should be granted.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#24], filed November 23, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for April 9, 2010, is **VACATED**;

3.  That the jury trial set to commence April 26, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

2

Dated November 24, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge